UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAHLIL HAMMOND,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERINTENDENT MICHAEL GOURLEY, et. al,<br><br>    Defendants. | CIVIL ACTION NO. 1:25-cv-00723<br><br>(LATELLA, M.J.) |

# ORDER

AND NOW, this 9th day of September, 2025, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Extend time for Service (Doc. 10) is **GRANTED;**

2. Plaintiff's Motion for Service by the United States Marshals (Doc. 11) is **GRANTED IN PART** as follows:

    a. Plaintiff is directed to file with the Court addresses for all Defendants within 10 days of this Order;

    b. Upon receipt of such addresses; the Clerk of Court is specially appointed and directed to mail notices and requests for waiver of service to Defendants pursuant to Fed. R. Civ. P. 4(d);

    c. The waiver of service shall be accompanied by a copy of the Complaint as well as a copy of this Order and shall inform the Defendants of the consequences of compliance and failure to comply with the requests.  The requests shall allow the Defendant at least 30 days from the date it is sent to return the signed waivers.  In the interest of administrative judicial

1

   economy, the court requests that Defendants waive service pursuant to Fed. R. Civ. P. 4(d).

   d. If the waivers are not returned within the time limit given, the Court will issue subsequent orders to attempt to effect service by the U.S. Marshal in accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3).

3. Plaintiff's previous motion to extend time and for service by U.S. Marshal (Doc. 8) is **DENIED AS MOOT.**

                         BY THE COURT:

Date: September 9, 2025         **/s/ Leo A. Latella**
                                LEO A. LATELLA
                                United States Magistrate Judge