**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KAHLIL HAMMOND,** | : | **Civil No. 1:25-CV-723** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **MICHAEL GOURLEY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## **ORDER**

AND NOW, this 2nd day of July 2026, for the reasons set forth in the accompanying Memorandum Opinion, the defendants' motion to dismiss, (Doc. 29), is DENIED without prejudice to the defendants renewing the motion to dismiss with a brief addressing the merits of the causes of action in the complaint. Should the defendants wish to file a renewed motion to dismiss, the motion and supporting brief shall be filed **ON OR BEFORE AUGUST 3, 2026.**

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge